Case No.  8:18-cv-01454-JLS-DFM                                   Date:  January 15, 2019
Title:  Adam Ghadiri v. Century Flower Market et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                          Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

     On October 3, 2018, the Court granted Defendant Prado Family Trust's Application for a Stay and Early Mediation.  (Doc. 26.)  The Court ordered Plaintiff to file a case statement within fourteen days of the Order and ordered the parties to file a Joint Status Report no later than seven days after mediation.  (*Id.*)  On October 29, 2018, the Court issued an Order to Show Cause regarding Plaintiff's failure to file a case statement.  (OSC, Doc. 30.)  Plaintiff responded to the OSC and indicated that he was having trouble contacting the Defendant but did not file a case statement.  (Doc. 31.)  Mediation was held on December 18, 2018, at 10:30 a.m., but Plaintiff did not appear.  (Mediation Report, Doc. 35.)  On January 7, 2019, Defendant filed a Unilateral Status Report indicating that Plaintiff refused to cooperate in preparing a joint status report.  (Doc. 36.)  Failure to obey a Court Order can result in dismissal of an action.  *See Pagtalunan v. Galaza*, 291 F.3d 639, 642–43 (9th Cir. 2002), *cert. denied*, 538 U.S. 909 (2003) (court may dismiss action for failure to follow court order).

     Accordingly, the Court ORDERS Plaintiff to show cause why the Court should not impose monetary sanctions or dismiss this action no later than **seven (7) days** from the date of this Order.  Failure to timely respond will result in the immediate dismissal of this action.

                                                             Initials of Preparer:  tg